**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

MAURICE GHOLSTON,

                Petitioner,

v.

UNITED STATES OF AMERICA,

                Respondent.

_____/

Civil Case No. 16-12300
Criminal Case No. 13-20187

Hon. Gerald E. Rosen
Magistrate Judge Anthony P. Patti

**ORDER ADOPTING**
**MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

At a session of said Court, held in
the U.S. Courthouse, Detroit, Michigan
on _____January 6, 2017_____

        PRESENT:    Honorable Gerald E. Rosen
                        United States District Judge

On September 30, 2016, Magistrate Judge Anthony P. Patti issued a Report

and Recommendation ("R & R") recommending that the Court deny Petitioner

Maurice Gholston's motion under 28 U.S.C. § 2255 to vacate, set aside, or correct

his sentence.  No objections have been filed to the R & R, and the deadline for

doing so has passed.[1]  Having reviewed the R & R, the parties' submissions in

_____

[1]The Court recognizes that the R & R initially was served upon Petitioner at a
federal correctional institution where he no longer resided.  Petitioner has since filed a
notice of his new address, however, and on December 6, 2016, the R & R was served
upon Petitioner at the address identified in this notice.

support of and in opposition to Petitioner's underlying § 2255 motion, and the

remainder of the record, the Court fully concurs in the Magistrate Judge's analysis

and recommended rulings, and thus adopts the R & R in its entirety.  Accordingly,

NOW, THEREFORE, IT IS HEREBY ORDERED that the Magistrate

Judge's September 30, 2016 Report and Recommendation (docket #74) is

ADOPTED as the opinion of this Court.  IT IS FURTHER ORDERED, for the

reasons stated in the Magistrate Judge's R & R, that Petitioner's June 21, 2016

motion under 28 U.S.C. § 2255 to vacate, set aside, or correct his sentence (docket

#65) is DENIED.

Finally, in light of the clear and well-settled grounds upon which the Court

has resolved the claims asserted in Petitioner's § 2255 motion, IT IS FURTHER

ORDERED that a certificate of appealability is DENIED as to any appeal that

Petitioner might pursue from the Court's rulings in this § 2255 proceeding.

s/Gerald E. Rosen_____
United States District Judge

Dated:  January 6, 2017

I hereby certify that a copy of the foregoing document was served upon the parties
and/or counsel of record on January 6, 2017, by electronic and/or ordinary mail.

s/Julie Owens_____
Case Manager, (313) 234-5135

2